# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| JAYNE RENE BENNETT and JANE B. HUGHES, | |
| Plaintiff, | CASE NO. 2:24-CV-00734-JES-NPM |
| -vs- | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and AMERICAN PACIFIC MORTGAGE CORPORATION, | |
| Defendants. | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SOLUTIONS, INC.,

COMES NOW Plaintiffs, JAYNE RENE BENNETT and JANE B. HUGHES, by and through undersigned counsel, and hereby notify the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SOLUTIONS, INC. have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 25th day of October 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620

1

        Georgia Bar No.: 617963
        Pennsylvania No.: 325066
        The Consumer Lawyers PLLC
        501 E. Kennedy Blvd, Suite 610
        Tampa, FL 33602
        Cell: (813) 299-8537
        Facsimile: (844) 951-3933
        Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 25th day of October 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/ Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar No.: 0338620
        The Consumer Lawyers
        *Attorney for Plaintiff*