**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JAYNE RENE BENNETT and JANE B. HUGHES,

  Plaintiffs,

v.                                                                           CASE NO.: 2:24-CV-00734-JES-NPM

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC and AMERICAN PACIFIC MORTGAGE CORPORATION,

  Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,
AMERICAN PACIFIC MORTGAGE CORPORATION**

COMES NOW Plaintiffs, JAYNE RENE BENNETT and JANE B. HUGHES, by and through undersigned counsel, and hereby notifies the Court that Plaintiffs and Defendant, AMERICAN PACIFIC MORTGAGE CORPORATION, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 14th day of November, 2024.

                                                             **/s/ Octavio Gomez**
                                                             Octavio "Tav" Gomez

                                        Florida Bar No.: 0338620
                                        Georgia Bar No.: 617963
                                        Pennsylvania No.: 325066
                                        The Consumer Lawyers PLLC
                                        501 E. Kennedy Blvd., Suite 610
                                        Tampa, FL 33602
                                        Cell: (813) 299-8537
                                        Facsimile: (844) 951-3933
                                        Tav@theconsumerlawyers.com
                                        Secondary Email:
                                        Lisa@theconsumerlawyers.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the foregoing document was filed on this 14th day of November, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                        **/s/ Octavio Gomez**
                                        Octavio "Tav" Gomez
                                        Florida Bar No.: 0338620
                                        The Consumer Lawyers
                                        *Attorney for Plaintiff*