UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAYNE RENE BENNETT and JANE
B. HUGHES,

    Plaintiffs,

v.                     Case No: 2:24-cv-734-JES-NPM

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., and
AMERICAN PACIFIC MORTGAGE
CORPORATION,

    Defendants.

_____

**ORDER**

    This matter comes before the Court on plaintiffs' Notice of Settlement as to Defendant, Equifax Information Solutions, Inc. (Doc. #28) filed on October 25, 2024, plaintiffs' Notice of Settlement as to Defendant, Experian Information Solutions, Inc. (Doc. #34) filed on November 12, 2024, and plaintiffs' Notice of Settlement as to Defendant, American Pacific Mortgage Corporation (Doc. #36), filed on November 14, 2024.  Defendant Trans Union LLC was voluntarily dismissed with prejudice.  (Doc. #22.)  Plaintiffs indicate that a settlement was reached with each remaining defendant.  The Court anticipates a stipulation for dismissal upon finalization of all settlements.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED,** without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___14th___ day of November 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record