**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JAYNE RENE BENNETT and JANE B. HUGHES,

  Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC and AMERICAN PACIFIC MORTGAGE CORPORATION,

    Defendants.
_____/

CASE NO.: 2:24-CV-00734-JES-NPM

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND AMERICAN PACIFIC MORTGAGE CORPORATION

COMES NOW Plaintiffs, JAYNE RENE BENNETT and JANE B. HUGHES, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses their causes of action in the Complaint against the Defendants EQUIFAX INFORMATION SERVICES LLC ("Equifax"), EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), AND AMERICAN PACIFIC MORTGAGE CORPORATION ("APMC"). Defendants, Equifax, Experian, and APMC, have neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this December 11, 2024.

                            **/s/Octavio Gomez**
                            Octavio "Tav" Gomez
                            Florida Bar #:0338620
                            Georgia Bar #: 617963
                            Pennsylvania #: 325066
                            The Consumer Lawyers PLLC
                            501 E. Kennedy Blvd., Ste 610
                            Tampa, FL 33602
                            Cell: (813)299-8537
                            Facsimile: (844)951-3933
                            Primary Email:
                            Tav@theconsumerlawyers.com
                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 11th of December, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                            **/s/Octavio Gomez**
                            Octavio "Tav" Gomez
                            Florida Bar #:0338620
                            *Attorney for Plaintiff*